# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WI-LAN, INC.,<br><br>                          Plaintiffs,<br>vs.<br>APPLE INC.,<br><br>                          Defendant. | CASE NO. 14cv1507 DMS (BLM)<br><br>**ORDER RE: ORAL ARGUMENT** |
|---|---|

Apple's motion to dismiss is currently scheduled for hearing on September 5, 2014. The Court has reviewed the parties' briefs, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the September 5, 2014 hearing is vacated. Counsel shall notify the Court of Judge Wilken's ruling on the motion to dismiss, sever or transfer, which is scheduled for hearing on September 4, 2014.

**IT IS SO ORDERED**.

DATED: August 29, 2014

_____
HON. DANA M. SABRAW
United States District Judge